UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00163-RJC-DCK

| | |
|---|---|
| DARRYL LUKE EVANS-DIXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| MRL PLUMBING, LLC and PATTY ) | |
| LOBDELL, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court *sua sponte* following the Clerk's entry of default on August 17, 2017. (Doc. No. 11). Plaintiff moved for entry of this default on August 14, 2017, (Doc. No. 10), but did not move for default judgment following the Clerk's entry. Plaintiff must separately move for default judgment under Federal Rule of Civil Procedure 55(b).

**IT IS, THEREFORE, ORDERED** that should Plaintiff wish to continue to prosecute this matter, he should file a motion for default judgment within fourteen (14) days of the date of this Order. See Kashaka v. Baltimore Cnty., 450 F. Supp. 2d 610, 614 n.3 (D. Md. 2006).

Signed: August 29, 2018

_____
Robert J. Conrad, Jr.
United States District Judge